## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>*The Worth Collection, Ltd.*,<br><br>                Debtor. | Chapter 7<br><br>Case No. 20-10337 (BLS) |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>                Plaintiff,<br><br>      v.<br><br>CATTERTON MANAGEMENT COMPANY, L.L.C.; CATTERTON MANAGING PARTNER V, L.L.C.; THE WORTH COLLECTION HOLDINGS, LLC; WORTH ACQUISITION, LLC; CAROLINE DAVIS; JAY ROSENBERG; DAVID DEFEO; SETH GROSSMAN; DIANA MANLEY; WENDY SELIG-PRIEB; COURTNEY DENBY; ANDREA WEISS; LAMIRA FONDREN; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE LIMITED PARTNERSHIPS 1-10; DOE LIMITED LIABILITY COMPANIES 1-10<br><br>                Defendants. | Adv. Proc. No. _____ |

## **COMPLAINT**

## **CONFIDENTIAL - FILED UNDER SEAL**

Dated: March 24, 2023　　　　　　　　　GOLDSTEIN & MCCLINTOCK LLLP
Wilmington, Delaware

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*-and-*

Harley J. Goldstein, Esq. (admitted *pro hac vice*)
Daniel C. Curth, Esq. (admitted *pro hac vice*)
Amrit S. Kapai, Esq. (admitted *pro hac vice*)
Steven Yachik, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
danc@goldmclaw.com
amritk@goldmclaw.com
steveny@goldmclaw.com

*Counsel for the Chapter 7 Trustee*